IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 1 8 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
     DEPUTY CLERK

| | |
|---|---|
| JENNIFER HOYT, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-11-CA-505-FB |
| § | |
| USAA FEDERAL SAVINGS BANK, § | |
| § | |
| Defendant. § | |

## JUDGMENT

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of the United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of the United States Magistrate Judge, filed in this case on March 15, 2012 (docket #10), is ACCEPTED such that USAA Federal Savings Bank's Motion for Summary Judgment (docket #8) is GRANTED and JUDGMENT is entered in favor of the defendant.

IT IS FURTHER ORDERED that this case is CLOSED.  Motions pending, if any, are DISMISSED.

It is so ORDERED.

SIGNED this ___18___ day of April, 2012.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE